**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **KERRI DUKE,** | ) |
|         **Plaintiff,** | ) |
| | ) |
|   v. | )   **Case No. 1:21-cv-02138-SEB-DLP** |
| | ) |
| **REID HOSPITAL & HEALTH CARE** | ) |
| **SERVICES, INC.,** | ) |
|         **Defendant.** | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Kerri Duke and Defendant Reid Hospital & Health Care Services, Inc., all parties to this action, hereby stipulate to the dismissal of all claims in this cause of action in its entirety, with prejudice, the parties to bear their own costs, including attorneys' fees.

By: */s / Leah N. Miller (with permission)*
Darron S. Stewart, #21114-29
Nicholas J. Wagner, #30185-84
Leah N. Miller, #36903-26
STEWART & STEWART ATTORNEYS
931 S. Rangeline Road
Carmel, IN 46032
Telephone: (317) 846-8999
Facsimile: (888) 686-6977
Email:  darron@getstewart.com
        nicholas@getstewart.com
        leahm@getstewart.com

*Attorneys for Plaintiff*

By: */s / Rebecca L. Loeffler*
Heather L. Wilson, #20432-41
Rebecca L. Loeffler, #25498-75
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Telephone:  (317) 237-3975
Facsimile:  (317) 237-3900
Email:  hwilson@fbtlaw.com
       rloeffler@fbtlaw.com

*Attorneys for Defendant*

LR00005.0743689   4860-0390-9896v1