# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **KERRI DUKE,** | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:21-cv-02138-SEB-DLP |
| | ) |
| **REID HOSPITAL & HEALTH CARE** | ) |
| **SERVICES, INC.,** | ) |
| **Defendant.** | ) |

## ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now Plaintiff Kerri Duke and Defendant Reid Hospital & Health Care Services, Inc., by their respective counsel, and hereby file their Joint Stipulation of Dismissal with Prejudice.

And the Court being duly advised in the premises, now find the relief prayed for therein should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the Stipulation of Dismissal with Prejudice filed in this matter is hereby approved.

Date: _____1/5/2022_____                    _____Sarah Evans Barker_____
                                                              SARAH EVANS BARKER, JUDGE
                                                              United States District Court
                                                              Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

LR00005.0743689   4867-7494-0936v1